```
KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES HILLIARD, | ) |
| Plaintiff, | ) CIVIL NO. 05-02658 EMC |
| v. | ) STIPULATION AND ORDER |
| | ) APPROVING COMPROMISE |
| JO ANNE B. BARNHART, | ) SETTLEMENT OF ATTORNEY |
| Commissioner of Social Security, | ) FEES PURSUANT TO THE EQUAL |
| | ) ACCESS TO JUSTICE ACT |
| Defendant. | ) |

The plaintiff's attorney having met the criteria of L.R. 54-6, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

1. Defendant shall pay TWO THOUSAND EIGHT HUNDRED NINETY THREE DOLLARS ($2,893.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action. The check is to be payable to plaintiff's counsel:

```
            TONY ARJO
   1440 BROADWAY, SUITE 1019
        OAKLAND, CA 94612
    (510) 451-2334  FAX 2310
         tarj@sbcglobal.net
```

2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice

1  Act.

2      3. Payment of the TWO THOUSAND EIGHT HUNDRED NINETY THREE DOLLARS ($2,893.00) EAJA fees incurred in this court action, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the EAJA, or costs as a result of this court action.

Dated: September 26, 2006  
    /s/  
TONY ARJO  
Attorney for Plaintiff

KEVIN V. RYAN  
United States Attorney

Dated: September 27, 2006  By:   /s/  
SARA WINSLOW  
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: September 28, 2006

EDWARD M. CHEN  
United States Magistrate Judge

IT IS SO ORDERED  
Judge Edward M. Chen

HILLIARD, EAJA STIP (jcc)  
C 05-02658 EMC     2